ORIGINAL                     ANSWER

FREEDOM MORTGAGE CON

ALFRED GREENE
    AKA
ALFRED DOUGLAS GREENE II
    ETAL

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 1 4 2019 ★
BROOKLYN OFFICE

2/14/19
18 CV 5265 (DLI)(SJB)

RECEIVED
FEB 1 4 2019
PRO SE OFFICE

1-3 YES DEFENDANT BELIEVES IS TRUE.
4 DEFENDANT DENIES ANY ASSOCIATION
    WITH Diamond Financeco INC.
5. DEFENDANT DENIES CLAIM
6.- 8  DEFENDANT DOESNT KNOW WHETHER
    INFORMATION IN SAID PARAGRAPHS
    ARE TRUE OR FALSE
9-12  THE DEFENDANT LACKS SUFFICIENT
    Knowledge OR INFORMATION TO DETERMINE
    THE TRUTH OF THE ALLEGATIONS IN
    SAID PARAGRAPHS OF THE COMPLAINT
13-15 - DEFENDANT ADMITS  TO THESE
    PARAGRAPHS
16 - DEFENDANT ADMITS TO PRINCIPAL BALANCE,
    INTEREST RATE, AND INTEREST ACCRUE DATE.
17 - DEFENDANT AGREES
18-19  DEFENDANT LACKS SUFFICIENT Knowledge
    to Determine the TRUTH OF THE ALLEGATIONS
    IN PARAGRAPH 18 AND 19 OF COMPLAINT.
20-21 - DEFENDANT LACKS SUFFICIENT Knowledge
    to Determine THE TRUTH OF THE ALLEGATIONS
22 - DEFENDANT DENIES CLAIMS
23 - DEFENDANT AGREES
24 - DEFENDANT AGREES TO ALFRED GREENE AKA
    ALFRED DOUGLAS GREENE II. ALFRED GREENE HAS N

2/14/19

Knowledge of Other Defendants.

25. DEFENDANT LACKS SUFFICIENT KNOWLEDGE
OR INFORMATION TO DETERMINE THE TRUTH
OF THE ALLEGATIONS IN PARAGRAPH 25
OF THE complaint.

26 - DEFENDANT LACKS SUFFICIENT
KNOWLEDGE OR INFORMATION TO DETERMINE
THE TRUTH OF THE ALLEGATIONS IN
PARAGRAPH 26 OF THE complaint.

ALFRED GREENE
A Greene
262 E 25 ST BKLYN NY 11226
347-613-4271

~~CC Gross~~

CC. JOHN JOSEPH RICCIARDI
ROSS EISENBERG,
STEVEN J VARGAS
GROSS POLOWY LLC
900 Merchants Concourse
WESTBURY, NY 11590
svargas@grosspolowy.com
SENT VIA EMAIL